[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 8, 2005
THOMAS K. KAHN
CLERK

No. 05-12108
Non-Argument Calendar

_____

D. C. Docket No. 04-00052-CR-FTM-29-SPC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAVID LEE HARRIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(December 8, 2005)

Before ANDERSON, BLACK  and BARKETT, Circuit Judges.

PER CURIAM:

Thomas H. Ostrander, appointed counsel for David Lee Harris in this direct

criminal appeal, has filed a motion to withdraw, accompanied by a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and appellant's conviction and sentence are **AFFIRMED**.